UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODRIGUEZ D. STANLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JEFFRY S. LIFE et al., ) <br> ) <br> Defendants. ) <br> ) | 2:14-cv-01132-RCJ-CWH <br><br> **ORDER** |

     Plaintiff Rodriguez D. Stanley sued Defendants Jeffry S. Life ("Life"), DrLife.com, Inc. ("Life.com"), and Jeffry S. Life, M.D., PC ("Life PC") in this Court for forty-three counts of direct copyright infringement, one count of contributory copyright infringement, and on five state law causes of action. The Clerk entered default against all Defendants when they failed to answer or otherwise defend. Life.com and Life PC ("Movants") filed a motion for relief from default. The Court denied the motion. Movants have asked the Court to reconsider. For the reasons given in the motion, the Court reconsiders.

///

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 22) is GRANTED, and the defaults of DrLife.com, Inc. and Jeffry S. Life, M.D., PC are SET ASIDE.

IT IS FURTHER ORDERED that an answer is due within seven (7) days of the entry of this Order into the electronic docket, regardless of whether Defendants also choose to file a motion under Rule 12.

IT IS SO ORDERED.

Dated this 22nd day of January, 2015.

_____
ROBERT C. JONES
United States District Judge