**Marquis Aurbach Coffing**
Albert G. Marquis, Esq.
Nevada Bar No. 1919
Erik W. Fox, Esq.
Nevada Bar No. 8804
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
amarquis@maclaw.com
efox@maclaw.com
   *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RODRIGUEZ D. STANLEY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFRY S. LIFE, an individual; DRLIFE.COM, INC., a Nevada corporation; and JEFFRY S. LIFE, M.D., PC, a Nevada corporation, <br><br> Defendants. | Case No.: 2:14-cv-01132 |

### **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Defendants, DrLife.com and Jeffry S. Life, M.D., PC, by and through their attorneys and special counsel, the law firm of Marquis Aurbach Coffing, and Plaintiff, Rodriguez D. Stanley, by and through his attorneys, the law firm of Gibson & Treu LLP, hereby AGREE and STIPULATE as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MAC:10145-020 2565384_1 7/30/2015 2:04 PM

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1. The Parties hereby agree to dismiss any and all known and unknown claims and defenses that have been brought or could have been brought arising out of or related to the subject matter of this dispute between and among the Parties with prejudice;

2. The Court shall retain jurisdiction for enforcement of the Settlement Agreement between the Parties;

3. The Parties shall bear their own attorneys fees and costs; and

4. All future hearing dates shall be vacated.

IT IS SO STIPULATED.

Dated this 30th day of July, 2015.              Dated this 30th day of July, 2015.

**MARQUIS AURBACH COFFING**                     **GIBSON & TREU LLP**

By:   /s/ Erik W. Fox                           By:   /s/ Steven A. Gibson
   Albert G. Marquis, Esq.                         Steven A. Gibson, Esq.
   Nevada Bar No. 1919                             Nevada Bar No. 6656
   Erik W. Fox, Esq.                               Matthew W. Treu, Esq.
   Nevada Bar No. 8804                             Nevada Bar No. 10781
   10001 Park Run Drive                            7495 W. Azure Drive, #233
   Las Vegas, Nevada 89145                         Las Vegas, Nevada 89130
   *Attorneys for Defendants*                      *Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED this 31st day of July, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

MARQUIS AURBACH COFFING


By   /s/ Erik W. Fox
   Albert G. Marquis, Esq.
   Nevada Bar No. 1919
   Erik W. Fox, Esq.
   Nevada Bar No. 8804
   10001 Park Run Drive
   Las Vegas, Nevada  89145
   *Attorneys for Defendants*

MAC:10145-020 2565384_1 7/30/2015 2:04 PM